# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2005

128728

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

      SC: 128728
      COA: 260371
      Wayne CC: 03-007811-01

CHRISTOPHER LOVELACE,
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the April 19, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2005

Clerk

s1121